**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: LaDonne Bush          Date: April 21, 2011
Court Reporter:  Paul Zuckerman
Probation Officer: Lisa Pence
Interpreter: Marcela Salazar

Criminal Action No. 10-cr-00386-MSK

*Parties*:                                                    *Counsel*:

UNITED STATES OF AMERICA,              Mark Barrett

       Plaintiff,

v.

1.  PEDRO CASTILLO-SANCHEZ,            LaFonda Jones

       Defendant.
_____

**SENTENCING MINUTES**
_____

**4:14 p.m.       Court in session**.

Defendant present in custody.

**Change of Plea Hearing on December 20, 2010.  Defendant pled guilty to Count One of the Indictment.**

Interpreter sworn.

Parties received and reviewed the presentence report and all addenda.

The parties do not dispute the facts contained in the presentence report.

The parties do not dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties do not request departure.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

Argument regarding Defendant's Motion for a Non-Guideline Sentence.

No further allocution.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. Argument made by Ms. Jones.

**ORDER:** Motion for a Non-Guideline Sentence [25] is granted to the extent set forth on the record.

**ORDER: DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

Defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**4:51 p.m.     Court in recess.**

Total Time: 00:37
Hearing concluded.